# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00121-CV

### In re George Daoud

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on April 15, 2025, is denied.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 24, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Petition denied
OT06

